**Order entered June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00554-CV

### IN THE INTEREST OF J.A.C. AND Z.C.C., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-54259-2014**

## ORDER

We **GRANT** appellant's June 9, 2015 motion to abate appeal in order to secure findings of fact and conclusions of law from the trial court as follows:  We **ORDER** the Honorable Chris Oldner, Judge of the 416th Judicial District Court, to file, by **JUNE 25, 2015**, findings of fact and conclusions of law.

We **ORDER** Andrea Stroh Thompson, Collin County District Clerk, to file, by **July 2, 2015**, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law.

Appellant's brief will be due **THIRTY DAYS** after the date the supplemental clerk's record containing the trial court's findings of fact and conclusions of law is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Oldner, Ms. Thompson, and counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order.  The appeal will be reinstated in **THIRTY DAYS** from the date of this order or when the Court receives the requested supplemental clerk's record, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
       JUSTICE